RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2010 JUN 10 PM 1:38

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | **INDICTMENT** |
| v. | **FILED UNDER SEAL** |

**[1] JOSE E. CLAUDIO-MONTES, aka "Chiki Bazooka", "El Patron", "El Boxeador", "El Father", "Boss"**
(Counts ONE through SIX)
**[2] JULIO NIEVES-ROJAS aka "Pitufo", "Americano", "El Arabe," "El Domi,"** (Counts ONE through SIX)
**[3] JEAN CARLOS RIVERA-BATISTA, aka "Santini," "300," "Marvel"**
(Counts ONE through SIX)
**[4] LUIS ARAMIS SOSA-MEDERO, aka "La Flaca," "Aramis"**
(Counts ONE through SIX)
**[5] MARIA M. LOPEZ-CALDERON, aka "Magdalena," "Magda," "La M"**
(Counts ONE through FIVE)
**[6] KARENCY SANTIAGO-CRUZ, aka "Karen," "Tito Ivan," "Tito Van," "Tito Trinidad," "La Pata"**
(Counts ONE through SIX)
**[7] CHRISTOPHER CEPEDA-CASADO, aka "Patas Locas," "Chris," "99"**
(Counts ONE through SIX)
**[8] JUAN CARLOS RIVERA-ANDINO, aka "Juanqui," "Moño"**
(Counts ONE through SIX)
**[9] DANIEL SANTANA-DIAZ, aka "Trouble," "Tro," "Rey Misterio"**
(Counts ONE through FIVE)
**[10] ANGEL L. REYES-RIVERA, aka "Bebo Milanesa," "Bebo Diente," "Osama," "77"**
(Counts ONE through SIX)
**[11] EDWIN AYALA-CRUZ, aka "Susti," "Sustitución," "Monte Park," "27"**
(Counts ONE through SIX)
**[12] ALEJANDRO DIAZ-MARTINEZ, aka "Mellao"**

**CRIMINAL NO.** 10- 2/2 (JAG)

**Violations:**

**(COUNT ONE)**
Title 21, United States Code, Sections 841(a)(1), 846, and 860

**(COUNT TWO)**
Title 21, United States Code, §§ 841(a)(1) and 860 and Title 18, United States Code, § 2

**(COUNT THREE)**
Title 21, United States Code, §§841(a)(1) and 860 and Title 18, United States Code, § 2

**(COUNT FOUR)**
Title 21, United States Code, §§ 841(a)(1) and 860 and Title 18, United States Code, § 2

**(COUNT FIVE)**
Title 21, United States Code, §§ 841(a)(1) and 860 and Title 18, United States Code,§ 2

**(COUNT SIX)**
Title 18, United States Code, § 924(o)

**(COUNT SEVEN)**
Title 18, United States Code, § 4

**Narcotics Forfeiture Allegation**
Title 21, United States Code, § 853 and Rule 32.2(a) F.R.C.P.

**(SEVEN COUNTS)**

United States of America vs.
Jose E. Claudio-Montes  a/k/a "Chiki Bazooka", "El Patron", "El Boxeador", "El Father", "El Boss", et al.
Page2

(Counts ONE through SIX)
**[13] JOSE A. GOMEZ-SANTANA, aka
"Coquin," "Pali"**
(Counts ONE through SIX)
**[14] LUIS RODRIGUEZ-COLLAZO, aka
"Pollo"**
(Counts ONE through SIX)
**[15] ROBERTO MIRANDA-SOTO, aka
"Robertito," "Tota"**
(Counts ONE through FIVE)
**[16] DAVID AGOSTO-ROJAS, aka "Jalea,"
"Viaje," "Davidcito"**
(Counts ONE through FIVE)
**[17] JOSE LUIS JURADO-LOPEZ, aka,
"Bebe Payaso"**
(Counts ONE through FIVE)
**[18] EDWIN G. PEREZ-CUBERTIER, aka
"Gamito"**
(Counts ONE through FIVE)
**[19] JUAN CARLOS CONTRERA-
SANTIAGO, aka "Lembu," "El Gordote"**
(Counts ONE through FIVE)
**[20] ERNESTO RAFAEL GANDIA-TORO,
aka "Bondo," "Bellaco"**
(Counts ONE through FIVE)
**[21] JUAN R. DIAZ-FERMAINT, aka
"Raymond," "Cenizo"**
(Counts ONE through SIX)
**[22] JOSE RAMOS-TOLENTINO, aka
"Pistolita,"**
(Counts ONE through SIX)
**[23] LUIS OROZCO-ROJAS, aka "Pitufo,"
"Skeletor"**
(Counts ONE through SIX)
**[24] EMILIO EUGENE CEPEDA-CASADO,
aka "Eugene," "Casco," "69"**
(Counts ONE through FIVE)
**[25] WILSON MERCADO-GONZALEZ, aka
"Bamban," "Picapiedra," "47"**
(Counts ONE through SIX)
**[26] JOHN DOE #1, aka "Bolla"**



United States of America vs.
Jose E. Claudio-Montes a/k/a "Chiki Bazooka", "El Patron", "El Boxeador", "El Father", "El Boss", et al.
Page3

(Counts ONE through SIX)
**[27] JONATHAN NUÑEZ-RIVERA, aka "El Domi"**
(Counts ONE through FIVE)
**[28] MIGUEL A. MORALES-PEREZ, aka "Verdugo," "Romeo"**
(Counts ONE through FIVE)
**[29] LUIS ALBERTO ARROYO-ARCE, aka "Pito Cotorra,"**
(Counts ONE through FIVE)
**[30] JOSE E. NIEVES-ROJAS, aka "Cloche," "Juanchi"**
(Counts ONE through FIVE)
**[31] JUAN M. LEON-CASTRO, aka "Coco," "Gandul"**
(Counts ONE through FIVE)
**[32] EDUARDO GOMEZ-SANTANA, aka "Guaro," "Splinter"**
(Counts ONE through FIVE)
**[33] JORGE STELLA-LOPEZ, aka "Chino Karate,"**
(Counts ONE through FIVE)
**[34] BENGIE COLLAZO-QUIÑONES, aka "El Corty," "Don Omar"**
(Counts ONE through FIVE)
**[35] ANGEL JAVIER SANTIAGO-ARROYO, aka "Espagetti," "Poste"**
(Counts ONE through SIX)
**[36] LUIS JAVIER MONTAÑEZ-FIGUEROA, aka "Javier Vampiro," "Algarroba," "Colgate," "911"**
(Counts ONE through FIVE)
**[37] JOSHUA HERNANDEZ-DAVILA, aka "Huele Bien," "24"**
(Counts ONE through FIVE)
**[38] JOHN DOE #2, aka "MICHAEL SHREK"**



(Counts ONE through FIVE)
**[39] CARLOS MORALES-RODRIGUEZ, aka "Sangre"**
(Counts ONE through SIX)

United States of America vs.
Jose E. Claudio-Montes a/k/a "Chiki Bazooka", "El Patron", "El Boxeador", "El Father", "El Boss", et al.
Page4

[40] CARLOS RIVERA-ANDINO, aka
"Bebe," "Timberland"
(Counts ONE through SIX)

[41] JAYSON SANTIAGO-MARTINEZ, aka
"Bambúa"
(Counts ONE through SIX)

[42] JULIO LOPEZ-CALDERON, aka "Pote"
(Counts ONE through FIVE)

[43] VICTOR O. MALAVE-MORALES, aka
"Chino Nino"
(Counts ONE through FIVE)

[44] KHALIL PIZARRO-ALVAREZ, aka
"Kali"
(Counts ONE through FIVE)

[45] BRENDA L. NIEVES-ROJAS, aka
"Medalla," "La Visca," "Metra"
(Counts ONE through FIVE)

[46] PERLA M. FIGUEROA-DIAZ, aka
"Perlita"
(Counts ONE through FIVE)

[47] JORDAN FIGUEROA-GUADALUPE,
aka "NBA," "23"
(Counts ONE through FIVE)

[48] JUAN ROBERTO BERMUDEZ-
TRINIDAD, aka "Juan Perro"
(Counts ONE through FIVE)

[49] JESSIE ALBERTO PARIS-MORALES,
aka "Pulga"
(Counts ONE through FIVE)

[50] ALEJANDRO PLAZA-CEPEDA, aka
"Plaza," "Placita"
(Counts ONE through FIVE)

[51] FELIX BERDECIA-CASTILLO, aka
"Wimo," "W"
(Counts ONE through FIVE)

[52] JONATHAN DIAZ-QUIÑONEZ, aka
"Nani," "Cerquillo de Pene"

[53] LUISELL VELEZ-LEON, aka "Tego
Calderon," "Tego,"
(Counts ONE through FIVE)

[54] OMAR ESCALERA-PABON, aka
"Cholon," "Chincha"
(Counts ONE through FIVE)

[55] EFRAIN SANTANA-DIAZ, aka "Pito,"
"El Jockey," "Loony"
(Counts ONE through FIVE)

United States of America vs.
Jose E. Claudio-Montes a/k/a "Chiki Bazooka", "El Patron", "El Boxeador", "El Father", "El Boss", et al.
Page5

[56] ANGEL RODRIGUEZ-CRUZ, aka
"Chips Ahoy," "Oreo"
(Counts ONE through FIVE)
[57] PEDRO SERRANO-PIZARRO, aka
"Choco"
(Counts ONE through FIVE)
[58] JOSE RAMOS-TEXIDOR, aka "Shrek"
(Counts ONE through FIVE)
[59] JOSE ROBLES-ARROYO, aka "El
Zorro," "El Primo,"
(Counts ONE through FIVE)
[60] EDGAR NIEVES, aka "Carmelo"
(Counts ONE through FIVE)
[61] ROBERTO JUAN VAZQUEZ-VEGA,
aka "Machete"
(Counts ONE through FIVE)
[62] OMAR ELIU MATOS-
CARRASQUILLO, aka "Eliu"
(Counts ONE through FIVE)
[63] WESLEY THOMAS-PEÑA, aka "Wao,"
"Hello"
(Counts ONE through FIVE)
[64] JOHN DOE #3, aka "Joel"



(Counts ONE through FIVE)
[65] MELVIN MALDONADO-LAZU
(Counts ONE through FIVE)
[66] ANGEL LUIS FLORES-TORO, aka
"Luis Crimen"
(Counts ONE through FIVE)
[67] WILLIAM BURGOS-VELEZ, aka
"Williampo"
(Counts ONE through FIVE)
[68] WILFREDO MORALES-FUENTES, aka
"Wilfre," "Gordo Limber,"
(Counts ONE through FIVE)
[69] JEREMIAS CRUZ-RAMOS, aka
"Jeremy"
(Counts ONE through FIVE)
[70] ORLANDO MATHEWS-MARTINEZ,
aka "Vaquero"
(Counts ONE through FIVE)
[71] JOSE LUIS VEGA-VEGA, aka "Papo

United States of America vs.
Jose E. Claudio-Montes a/k/a "Chiki Bazooka", "El Patron", "El Boxeador", "El Father", "El Boss", et al,
Page6

Cubuy"
(Counts ONE through FIVE)
[72] JOHN DOE #4, aka "Turuleco"



(Counts ONE through FIVE)
[73] JOSE LLERANDIS-DIAZ, aka "Memo,"
"El Grillo"
(Counts ONE through FIVE)
[74] LUIS COTTO-OCASIO, aka "Piguie,"
"La Loca," "Olivia," "La Bailarina"
(Counts ONE through FIVE)
[75] ELBA LIZZ CLAUDIO-MARRERO
(Counts ONE through FIVE)
[76] CARMEN CASADO-DELGADO, aka
"Cupones"
(Counts ONE through FIVE)
[77] ANA ARROYO-ROBLES, aka "Angie"
(Count SEVEN)
Defendants.

THE GRAND JURY CHARGES:

## COUNT ONE

Beginning on a date unknown, but no later than in or about the year 2006, and continuing up to and until the return of the instant Indictment, in the Municipality of San Juan, District of Puerto Rico and within the jurisdiction of this Court,

[1] JOSE E. CLAUDIO-MONTES, aka "Chiki Bazooka", "El Patron", "El Boxeador", "El Father", "Boss"
[2] JULIO NIEVES-ROJAS aka "Pitufo," "American," "El Cubano," "El Arabe"
[3] JEAN CARLOS RIVERA-BATISTA, aka "Santini," "300," "Marvel"
[4] LUIS ARAMIS SOSA-MEDERO, aka "La Flaca," "Aramis"
[5] MARIA M. LOPEZ-CALDERON, aka "Magdalena," "Magda," "La M"
[6] KARENCY SANTIAGO-CRUZ, aka "Karen," "Tito Ivan," "Tito Van," "Tito Trinidad," "La Pata"
[7] CHRISTOPHER CEPEDA-CASADO, aka "Patas Locas," "Chris," "99"
[8] JUAN CARLOS RIVERA-ANDINO, aka "Juanqui," "Moño"

United States of America vs.
Jose E. Claudio-Montes  a/k/a "Chiki Bazooka", "El Patron", "El Boxeador", "El Father", "El Boss", et al,
Page7

[9] DANIEL SANTANA-DIAZ, aka "Trouble," "Tro," "Rey Misterio"
[10] ANGEL L. REYES-RIVERA, aka "Bebo Milanesa," "Bebo Diente," "Osama," "77"
[11] EDWIN AYALA-CRUZ, aka "Susti," "Sustitución," "Monte Park," "27"
[12] ALEJANDRO DIAZ-MARTINEZ, aka "Mellao"
[13] JOSE A. GOMEZ-SANTANA, aka "Coquin," "Pali"
[14] LUIS RODRIGUEZ-COLLAZO, aka "Pollo"
[15] ROBERTO MIRANDA-SOTO, aka "Robertito," "Tota"
[16] DAVID AGOSTO-ROJAS, aka "Jalea," "Viaje," "Davidcito"
[17] JOSE LUIS JURADO-LOPEZ, aka, "Bebe Payaso"
[18] EDWIN G. PEREZ-CUBERTIER, aka "Gamito"
[19] JUAN CARLOS CONTRERA-SANTIAGO, aka "Lembu," "El Gordote"
[20] ERNESTO RAFAEL GANDIA-TORO, aka "Bondo," "Bellaco"
[21] JUAN R. DIAZ-FERMAINT, aka "Raymond," "Cenizo"
[22] JOSE RAMOS-TOLENTINO, aka "Pistolita,"
[23] LUIS OROZCO-ROJAS, aka "Pitufo," "Skeletor"
[24] EMILIO EUGENE CEPEDA-CASADO, aka "Eugene," "Casco," "69"
[25] WILSON MERCADO-GONZALEZ, aka "Bamban," "Picapiedra," "47"
[26] JOHN DOE #1, aka "Bolla"
[27] JONATHAN NUÑEZ-RIVERA, aka "El Domi"
[28] MIGUEL A. MORALES-PEREZ, aka "Verdugo," "Romeo"
[29] LUIS ALBERTO ARROYO-ARCE, aka "Pito Cotorra,"
[30] JOSE E. NIEVES-ROJAS, aka "Cloche," "Juanchi"
[31] JUAN M. LEON-CASTRO, aka "Coco," "Gandul"
[32] EDUARDO GOMEZ-SANTANA, aka "Guaro," "Splinter"
[33] JORGE STELLA-LOPEZ, aka "Chino Karate,"
[34] BENGIE COLLAZO-QUIÑONES, aka "El Corty," "Don Omar"
[35] ANGEL JAVIER SANTIAGO-ARROYO, aka "Espagetti," "Poste"
[36] LUIS JAVIER MONTAÑEZ-FIGUEROA, aka "Javier Vampiro," "Algarroba," "Colgate," "911"
[37] JOSHUA HERNANDEZ-DAVILA, aka "Huele Bien," "24"
[38] JOHN DOE #2, aka "MICHAEL SHREK"
[39] CARLOS MORALES-RODRIGUEZ, aka "Sangre"
[40] CARLOS RIVERA-ANDINO, aka "Bebe," "Timberland"
[41] JAYSON SANTIAGO-MARTINEZ, aka "Bambúa"
[42] JULIO LOPEZ-CALDERON, aka "Pote"
[43] VICTOR O. MALAVE-MORALES, aka "Chino Nino"
[44] KHALIL PIZARRO-ALVAREZ, aka "Kali"
[45] BRENDA L. NIEVES-ROJAS, aka "Medalla," "La Visca," "Metra"
[46] PERLA M. FIGUEROA-DIAZ, aka "Perlita"
[47] JORDAN FIGUEROA-GUADALUPE, aka "NBA," "23"
[48] JUAN ROBERTO BERMUDEZ-TRINIDAD, aka "Juan Perro"
[49] JESSIE ALBERTO PARIS-MORALES, aka "Pulga"

United States of America vs.
Jose E. Claudio-Montes a/k/a "Chiki Bazooka", "El Patron", "El Boxeador", "El Father", "El Boss", et al.
Page 8

[50] ALEJANDRO PLAZA-CEPEDA, aka "Plaza," "Placita"
[51] FELIX BERDECIA-CASTILLO, aka "Wimo," "W"
[52] JONATHAN DIAZ-QUIÑONEZ, aka "Nani," "Cerquillo de Pene"
[53] LUISELL VELEZ-LEON, aka "Tego Calderon," "Tego,"
[54] OMAR ESCALERA-PABON, aka "Cholon," "Chincha"
[55] EFRAIN SANTANA-DIAZ, aka "Pito," "El Jockey," "Loony"
[56] ANGEL RODRIGUEZ-CRUZ, aka "Chips Ahoy," "Oreo"
[57] PEDRO SERRANO-PIZARRO, aka "Choco"
[58] JOSE RAMOS-TEXIDOR, aka "Shrek"
[59] JOSE ROBLES-ARROYO, aka "El Zorro," "El Primo,"
[60] EDGAR NIEVES, aka "Carmelo"
[61] ROBERTO JUAN VAZQUEZ-VEGA, aka "Machete"
[62] OMAR ELIU MATOS-CARRASQUILLO, aka "Eliu"
[63] WESLEY THOMAS-PEÑA, aka "Wao," "Hello"
[64] JOHN DOE #3, aka "Joel"
[65] MELVIN MALDONADO-LAZU
[66] ANGEL LUIS FLORES-TORO, aka "Luis Crimen"
[67] WILLIAM BURGOS-VELEZ, aka "Williampo"
[68] WILFREDO MORALES-FUENTES, aka "Wilfre," "Gordo Limber,"
[69] JEREMIAS CRUZ-RAMOS, aka "Jeremy"
[70] ORLANDO MATHEWS-MARTINEZ, aka "Vaquero"
[71] JOSE LUIS VEGA-VEGA, aka "Papo Cubuy"
[72] JOHN DOE #4, aka "Turuleco"
[73] JOSE LLERANDIS-DIAZ, aka "Memo," "El Grillo"
[74] LUIS COTTO-OCASIO, aka "Piguie," "La Loca," "Olivia," "La Bailarina"
[75] ELBA LIZZ CLAUDIO-MARRERO
[76] CARMEN CASADO-DELGADO, aka "Cupones"

the defendants herein, did knowingly and intentionally, combine, conspire, and agree with each other and with diverse other persons known and unknown to the Grand Jury, to commit an offense against the United States, that is, to knowingly and intentionally possess with intent to distribute and to distribute controlled substances, to wit: in excess of fifty (50) grams of cocaine base (crack), a Schedule II Narcotic Drug Controlled Substance; in excess of one (1) kilogram of heroin, a Schedule I, Narcotic Drug Controlled Substance; in excess of five (5) kilograms of cocaine, a Schedule II, Narcotic Drug Controlled Substance; in excess of one hundred (100) kilograms of marijuana, a Schedule I, Controlled Substance; a mixture or substance containing

United States of America vs.
Jose E. Claudio-Montes a/k/a "Chiki Bazooka", "El Patron", "El Boxeador", "El Father", "El Boss", et al.
Page9

detectable amounts of Oxycodone (commonly known as Percocet), a Scehdule II Controlled Substance; and a mixture or substance containing detectable amounts of Alprazolam (commonly known as Xanax), a Schedule IV Controlled Substance; within one thousand (1,000) feet of the San Martin Public Housing Project, a housing facility owned by a public housing authority.

All in violation of Title 21, United States Code Sections 841(a)(1), 846 and 860.

## I. OBJECT OF THE CONSPIRACY

The object of the conspiracy was to distribute controlled substances at the San Martin Public Housing Project ("SMPHP") and other areas within the Municipalities of San Juan, all for significant financial gain and profit.

## II. MANNER AND MEANS OF THE CONSPIRACY

The manner and means by which the defendants and co-conspirators would accomplish and further the object of the conspiracy, among others, included the following:

1.    It was part of the manner and means of the conspiracy that the defendants and their co-conspirators would purchase wholesale quantities of heroin, cocaine, marijuana, Alprazolam ("Xanax") and Oxycodone ("Percocet"), in order to distribute the same in street quantity amounts at their drug distribution point located in San Martin Public Housing Project, in San Juan, Puerto Rico.

2.    It was further part of the manner and means of the conspiracy that the leaders would maintain a group of co-defendants administrating the daily activities of the drug distribution point. The defendants and their co-conspirators would act in different roles in order to further the goals of the conspiracy, to wit: leaders and drug point owners who directed and supervised runners, enforcers, sellers, drug processors, lookouts, and facilitators.

3.    It was further part of the manner and means of the conspiracy that some of the

United States of America vs.
Jose E. Claudio-Montes a/k/a "Chiki Bazooka", "El Patron", "El Boxeador", "El Father", "El Boss", et al.
Page10

defendants and their co-conspirators would weigh, "cut," divide, and package the heroin, cocaine, crack, and marijuana in distinctive "baggies" and/or "vials" in order to keep track of their narcotics.

4.      It was a further part of the manner and means of the conspiracy that some of the cocaine purchased at wholesale quantities would be converted into crack cocaine, "cooked," for subsequent sale and distribution at their drug distribution point.

5.      It was further part of the manner and means of the conspiracy that some of the defendants and their co-conspirators would use apartments located within the San Martin Public Housing Project in order to store and conceal heroin, cocaine base ("crack"), cocaine, marijuana, Alprazolam ("Xanax"), Oxycodone ("Percocet"), drug paraphernalia, firearms, ammunition, drug ledgers, and other records of the drug trafficking organization.

6.      It was further part of the manner and means of the conspiracy that some of the defendants and their co-conspirators would often package and prepare the narcotics in various apartments located within the San Martin Public Housing Project, using those apartments as "drug laboratories."

7.      It was a further part of the manner and means of the conspiracy that some of the defendants and their co-conspirators would have access to apartments located within the San Martin Public Housing Project in order to abscond during law enforcement interventions and/or initiatives aimed at disrupting their drug trafficking activities.

8.      It was further part of the manner and means of the conspiracy that the defendants and their co-conspirators would use two-way radios ("walkie-talkies" referred to as scanners) in order to communicate with each other and to alert the presence of law enforcement agents or members of rival gangs.

United States of America vs.
Jose E. Claudio-Montes a/k/a "Chiki Bazooka", "El Patron", "El Boxeador", "El Father", "El Boss", et al.
Page 11

9.      It was further part of the manner and means of the conspiracy that the defendants and their co-conspirators would use code names and numbers while communicating with each other, in reference to the drug trafficking activities, through the two-way radios, in order to avoid detection from law enforcement.

10.      It was further part of the manner and means of the conspiracy that some of the defendants and their co-conspirators would often act as "lookouts" at one of the three (3) strategically located "observation points" within the San Martin Public Housing Project, in order to alert other co-conspirators of the presence of law enforcement agents and/or rival drug traffickers.

11.      It was further part of the manner and means of the conspiracy that some of the defendants and their co-conspirators would possess, carry and brandished "high power" rifles while doing surveillance at "Puesto 3," one of the established "observation points" located within the San Martin Public Housing Project. The leaders, including but not limited to the drug point owners, of the drug trafficking organization and their enforcers, were the only co-conspirators authorized by the principal leader to do surveillance at that specific observation point located within the San Martin Public Housing Project.

12.      It was further part of the manner and means of the conspiracy that some of the defendants and their co-conspirators would have to first perform as a "lookout" at one of the established "observation points" located within the San Martin Public Housing Project in order to have a shift as a seller at the drug point.

13.      It was a further part of the manner and means of the conspiracy that high level members of the drug trafficking organization or leaders would collect monies from the sales of the drug point shifts to create a money depository (known as "*el pote,*" in Spanish) in order to

United States of America vs.
Jose E. Claudio-Montes  a/k/a "Chiki Bazooka", "El Patron", "El Boxeador", "El Father", "El Boss", et al.
Page12

buy weapons, ammunition, two-way radios ("walkie-talkies" referred to as scanners), batteries, for the use of the members of the drug trafficking organization, and/or for the payment of legal fees and matters for the benefit of the members of the drug trafficking organization.

14.    It was a further part of the manners and means of the conspiracy that some of the defendants and their co-conspirators would park vehicles in parking spaces within the San Martin Public Housing Project in order to stash controlled substances, paraphernalia, and weapons.

15.    It was further part of the manner and means of the conspiracy that some of the defendants and their co-conspirators would routinely possess, carry, brandish, and use firearms to protect themselves and their drug trafficking organization.

16.    It was further part of the manner and means of the conspiracy that members of the drug trafficking organization would use force, violence, and intimidation in order to intimidate rival drug trafficking organizations, and in order to discipline members of their own drug trafficking organization.

17.    It was further part of the manner and means of the conspiracy that the leaders of the drug trafficking organization had final approving authority as to disciplinary action to be imposed upon residents of the San Martin Public Housing Project and/or members of the conspiracy, as well as enemies of the drug trafficking organization.

18.    It was further part of the manner and means of the conspiracy that at times material to this indictment that there would be different drug owners for the drugs sold at the drug point, sometimes with two (2) persons owning the same drug, as well as the brands and/or colors used to distinguish the various drugs sold at the drug point.

19.    It was further part of the manner and means of the conspiracy that the drug point

United States of America vs.
Jose E. Claudio-Montes  a/k/a "Chiki Bazooka", "El Patron", "El Boxeador", "El Father", "El Boss", et al.
Page13

would rove through different locations at the San Martin Public Housing Project to avoid being detected by law enforcement.

### III. ROLES OF THE MEMBERS OF THE CONSPIRACY

#### A. Leaders

Leaders directly controlled and supervised the drug trafficking activities at the drug distribution point located at the San Martin Public Housing Project located within the Municipality of San Juan, Puerto Rico. During the span of the conspiracy, leaders purchased multi-kilogram quantities of narcotics and oversaw the transportation and sale of such narcotics by their subordinates at the San Martin Public Housing Project drug distribution point and other areas within the Municipality of San Juan. At various times during the course of the conspiracy, leaders purchased firearms and allowed members of the conspiracy to carry such firearms and ammunition in order to protect the drug distribution activities.

The following co-conspirators acted as leaders:

[1] JOSE E. CLAUDIO-MONTES, aka "Chiki Bazooka", "El Patron", "El Boxeador", "El Father", "Boss," "Batista," "Luchador" is the main leader of the drug trafficking organization.

In the year 2006, WILLIAM J. RIVERA-PEREA, aka "Goliat" had control of a drug distribution point located at the San Martin Public Housing Project. Upon "Goliat's" death, on September 25, 2006, [1] JOSE E. CLAUDIO-MONTES, aka "Chiki Bazooka", "El Patron", "El Boxeador", "El Father", "Boss," "Batista," "Luchador" became the main leader of the drug trafficking organization, wherefore he controlled, through co-defendants also acting as leaders, the drug distribution point located at San Martin Public Housing Project, located within the Municipality of San Juan, Puerto Rico. As the main leader, he directly supervised the

United States of America vs.
Jose E. Claudio-Montes a/k/a "Chiki Bazooka", "El Patron", "El Boxeador", "El Father", "El Boss", et al.
Page 14

operations at San Martin Public Housing Project, received the proceeds from the distribution of narcotics sold during the span of his leadership in the conspiracy and was in charge of maintaining control of all the drug distribution activities. He had the final approving authority as to the discipline to be imposed upon residents of the Public Housing Project, members of the conspiracy, as well as its enemies and rivals. **[1] JOSE E. CLAUDIO-MONTES, aka "Chiki Bazooka", "El Patron", "El Boxeador", "El Father", "Boss," "Batista," "Luchador"** was also known as the "owner" of the ten dollar ($10.00) cocaine, the baggies of cocaine with the "corazón" (heart) seal, the red and orange capped vials of crack cocaine, and the green, blue, and pink heroin. He would also process and cook the cocaine to obtain crack cocaine and would teach other members of his drug trafficking organization how to do so. He also possessed firearms in furtherance of the drug trafficking organization.

**[2] JULIO NIEVES-ROJAS aka "Pitufo," "Americano," "El Arabe," "El Domi,"** was also a leader in the drug trafficking organization. He was in charge in the main leader's absence. He would supply cocaine and firearms to other members of the drug trafficking organization. He was also known as the "owner" of the twenty ($20.00) dollar and ten ($10.00) dollar baggies of cocaine. At times during the conspiracy the twenty ($20.00) dollar baggies of cocaine had an apple sticker and the ten ($10.00) dollar baggies of cocaine had a heart sticker. In addition, **JULIO NIEVES-ROJAS aka "Pitufo", "Americano", "El Arabe," "El Domi,"** was also known as the "owner" of the green, orange, and red cap vials of crack cocaine. He also acted as a seller and possessed firearms in furtherance of the drug trafficking organization.

**[3] JEAN CARLOS RIVERA-BATISTA, aka "Santini," "300," "Marvel,"** was also a leader in the drug trafficking organization. He was also known as the "owner" of the pink cap vials of crack cocaine, the ten dollar ($10) baggies of cocaine with the "mundito" (small world)

United States of America vs.
Jose E. Claudio-Montes  a/k/a "Chiki Bazooka", "El Patron", "El Boxeador", "El Father", "El Boss", et al.
Page15

seal, and a brand of marijuana. He also possessed firearms in furtherance of the drug trafficking organization.

## B.  Suppliers

The suppliers were the defendants and their co-conspirators that would perform or carry out several acts within the conspiracy including but not limited to, supplying narcotics and firearms to the drug distribution organization and/or drug distribution point located in the Municipality of San Juan, Puerto Rico. **[2] JULIO NIEVES-ROJAS aka "Pitufo", "Americano", "El Arabe," "El Domi,"** was one of the suppliers of the drug trafficking organization.

## C. Drug Point Owners

At different times during the span of the conspiracy, the drug owners were responsible for obtaining the narcotics, the processing, preparation, and the packaging of the drugs to be sold at the drug point or, alternatively, for delegating that responsibility to other co-conspirators. In addition to the above-mentioned drug point owners, the following co-conspirators acted as drug owners in this drug trafficking organization:

**[4] LUIS ARAMIS SOSA-MEDERO, aka "La Flaca," "Aramis"** was also known as the "owner" of the golden cap vials of crack cocaine. He also possessed firearms in furtherance of the drug trafficking organization.

**[5] MARIA M. LOPEZ-CALDERON, aka "Magdalena," "La M,"** was also known as the "owner" of the yellow cap vials of crack cocaine. At times her brand of crack cocaine was processed in her apartment. She also often acted as a facilitator for the drug trafficking organization by lending her apartment to be used as a stash house.

**[6] KARENCY SANTIAGO-CRUZ, aka "Karen," "Tito  Ivan," "Tito Van," "Tito**

United States of America vs.
Jose E. Claudio-Montes a/k/a "Chiki Bazooka", "El Patron", "El Boxeador", "El Father", "El Boss", et al.
Page16

Trinidad," "La Pata," was also known as the "owner" of the orange and red cap vials of crack cocaine and the penguin seal cocaine. She would often process her brands of crack cocaine for distribution at the drug point and possessed firearms in further of the drug trafficking organization.

[7] CHRISTOPHER CEPEDA-CASADO, aka "Patas Locas," "Chris," "99," was also known as the "owner" of the crippy and six dollar ($6) red baggies of marijuana. He also acted as an enforcer, runner, seller, and as a lookout and possessed firearms in furtherance of the drug trafficking organization.

[8] JUAN CARLOS RIVERA-ANDINO, aka "Juanqui," "Moño," was also known as the "owner" of the purple cap vials of crack cocaine and the five dollar ($5) baggies of cocaine. He also acted as an enforcer and as a seller and possessed firearms in furtherance of the drug trafficking organization.

[9] DANIEL SANTANA-DIAZ, aka "Trouble," "Tro," "Rey Misterio," was also known as the "owner" of the twelve dollar ($12) baggies of marijuana with the Heineken seal and the nine dollar ($9) baggies of marijuana with the Major League seal. At times during the conspiracy, he also acted as a runner, as a seller, and as a facilitator. As a facilitator he would collect money for the cocaine supplied by [2] JULIO NIEVES-ROJAS aka "Pitufo", "Americano", "El Arabe," "El Domi," and would often act as drug processor within the conspiracy.

[10] ANGEL L. REYES-RIVERA, aka "Bebo Milanesa," "Bebo Diente," "Osama," "77," was also known as the "owner" of the ten dollar ($10) baggies of cocaine with the Spiderman seal. At times during the conspiracy he also acted as a runner and as a lookout and possessed firearms in furtherance of the drug trafficking organization.

United States of America vs.
Jose E. Claudio-Montes a/k/a "Chiki Bazooka", "El Patron", "El Boxeador", "El Father", "El Boss", et al.
Page 17

[11] **EDWIN AYALA-CRUZ, aka "Susti," "Sustitución," "Monte Park," "27,"** was also known as the "owner" of the six dollar ($6) baggies of marijuana with the Michael Jordan seal. At times during the conspiracy he also acted as a runner, as a seller, and as a lookout and possessed firearms in furtherance of the drug trafficking organization. In addition, he would often act as a facilitator to the drug trafficking organization by stashing narcotics belonging to the members of the drug trafficking organization in his apartment.

[12] **ALEJANDRO DIAZ-MARTINEZ, aka "Mellao,"** was also known as the "owner" of the yellow or golden cap vials of crack cocaine. He would often process his brand of crack cocaine for distribution at the drug point and possessed firearms in further of the drug trafficking organization. At times during the conspiracy he also acted as a seller for the drug trafficking organization.

[13] **JOSE A. GOMEZ-SANTANA, aka "Coquin," "Pali,"** was also known as the "owner" of the three dollar ($3), five dollar ($5), and ten dollar ($10) clear baggies of cocaine. He also possessed firearms in further of the drug trafficking organization.

[14] **LUIS RODRIGUEZ-COLLAZO, aka "Pollo,"** was also known as the "owner" of the baggies of marijuana with the Batman seal. At times during the conspiracy he also acted as seller, as a lookout, and as a drug processor. He also possessed firearms in further of the drug trafficking organization.

[15] **ROBERTO MIRANDA-SOTO, aka "Robertito," "Tota,"** was also known as the "owner" of the six dollar ($6) and twelve dollar ($12) green baggies of marijuana. He would often serve as a facilitator for the drug trafficking organization by collecting the money for the money depository known as "*el pote.*"

[16] **DAVID AGOSTO-ROJAS, aka "Jalea," "Viaje," "Davidcito,"** was also known

United States of America vs.
Jose E. Claudio-Montes a/k/a "Chiki Bazooka", "El Patron", "El Boxeador", "El Father", "El Boss", et al.
Page18

as the "owner" of the three dollar ($3) and the five dollar ($5) clear baggies of cocaine. At times during the conspiracy he also acted as a seller and as a lookout for the drug trafficking organization.

[17] **JOSE LUIS JURADO-LOPEZ, aka, "Bebe Payaso,"** was also known as the "owner" of the ten dollar ($10) baggies of cocaine with the clown seal.

[18] **EDWIN G. PEREZ-CUBERTIER, aka "Gamito,"** was also known as the "owner" of the blue cap vials of crack cocaine and the three dollar ($3) baggies of crack cocaine.

[19] **JUAN CARLOS CONTRERA-SANTIAGO, aka "Lembu," "El Gordote,"** was also known as the "owner" of the red cap vials of crack cocaine and the nine dollar ($9) clear baggies of marijuana.

[20] **ERNESTO RAFAEL GANDIA-TORO, aka "Bondo," "Bellaco,"** was also known as the "owner" of the Percocet pills. At times he would also facilitate the operations of the drug trafficking organization by selling paraphernalia to be used for the sale of narcotics at the drug point.

[21] **JUAN R. DIAZ-FERMAINT, aka "Raymond," "Cenizo,"** was also known as the "owner" of the fifteen dollar ($15) baggies of cocaine. At times during the conspiracy he also acted as an enforcer, as a seller, as a lookout for the drug trafficking organization. In addition to possessing firearms in furtherance of the drug trafficking organization, he would facilitate the operation of the drug trafficking organization by stashing firearms belonging to members of the drug trafficking organization in his apartment.

[22] **JOSE RAMOS-TOLENTINO, aka "Pistolita,"** was also known as the "owner" of the blue cap vials of crack cocaine. In addition, he also acted as an enforcer for the drug trafficking organization and as such possessed firearms in furtherance of the drug trafficking

United States of America vs.
Jose E. Claudio-Montes a/k/a "Chiki Bazooka", "El Patron", "El Boxeador", "El Father", "El Boss", et al.
Page19

organization.

## D. Enforcers

Enforcers did possess, carry, brandish, use, and discharge firearms to protect the leaders and members of the drug trafficking organization, the narcotics, the proceeds derived from their sales, and to further accomplish the goals of the conspiracy. Enforcers often acted upon instructions given by the leaders of this organization. Enforcers would often provide protection to the drug trafficking organization's drug distribution point. In addition to those previously mentioned, the following individuals and others known and unknown to the Grand Jury, acted as enforcers for the drug trafficking organization:

[23] **LUIS OROZCO-ROJAS, aka "Pitufo," "Skeletor,"** acted as an enforcer for the drug trafficking organization. He possessed firearms in furtherance of the drug trafficking organization. Additionally, he would often act as a seller and as a lookout within the conspiracy.

## E. Runners

The runners worked under the direct supervision of the leaders of the drug trafficking organization. They were responsible for providing sufficient narcotics to the sellers for further distribution at the drug point. They were also responsible for collecting the proceeds of drug sales and paying the street sellers. They would also supervise and make sure that there were street sellers for every shift of the drug point. They would make schedules and prepare ledgers to maintain accountability of the sales of the narcotics sold at the drug point. At various times, they would be responsible for recruiting street sellers and additional runners. The runners had a supervisory role within the conspiracy, as they would directly supervise on a daily basis, the activities of multiple sellers, and the daily activities of the drug point.

In addition to those previously mentioned, the following individuals and others known

United States of America vs.
Jose E. Claudio-Montes  a/k/a "Chiki Bazooka", "El Patron", "El Boxeador", "El Father", "El Boss", et al.
Page20

and unknown to this Grand Jury acted as runners for the drug trafficking organization:

[24] **EMILIO EUGENE CEPEDA-CASADO, aka "Eugene," "Casco," "69,"** acted as a runner for the drug trafficking organization. Additionally, he would often act as a seller and as a lookout within the conspiracy.

[25] **WILSON MERCADO-GONZALEZ, aka "Bamban," "Picapiedra," "47,"** acted as a runner for the drug trafficking organization. Additionally, he would often act as a seller and as a lookout within the conspiracy and possessed firearms in furtherance of the drug trafficking organization.

[26] **JOHN DOE #1, aka "Bolla,"** acted as a runner for the drug trafficking organization. Additionally, he would often act as a seller and as a lookout within the conspiracy and possessed firearms in furtherance of the drug trafficking organization.

[27] **JONATHAN NUÑEZ-RIVERA, aka "El Domi,"** acted as a runner for the drug trafficking organization. Additionally, he would often act as a seller and as a lookout within the conspiracy.

[28] **MIGUEL A. MORALES-PEREZ, aka "Verdugo," "Romeo,"** acted as a runner for the drug trafficking organization. Additionally, he would often act as a seller and as a lookout within the conspiracy.

[29] **LUIS ALBERTO ARROYO-ARCE, aka "Pito Cotorra,"** acted as a runner for the drug trafficking organization. Additionally, he would often act as a seller and as a lookout within the conspiracy.

[30] **JOSE E. NIEVES-ROJAS, aka "Cloche," "Juanchi,"** acted as a runner for the drug trafficking organization. Additionally, he would often act as a seller and as a lookout within the conspiracy.

United States of America vs.
Jose E. Claudio-Montes a/k/a "Chiki Bazooka", "El Patron", "El Boxeador", "El Father", "El Boss", et al.
Page21

[31] JUAN M. LEON-CASTRO, aka "Coco," "Gandul," acted as a runner for the drug trafficking organization.  Additionally, he would often act as a seller and as a lookout within the conspiracy.

[32] EDUARDO GOMEZ-SANTANA, aka "Guaro," "Splinter," acted as a runner for the drug trafficking organization.  Additionally, he would often act as a seller and as a lookout within the conspiracy.

[33] JORGE STELLA-LOPEZ, aka "Chino Karate," acted as a runner for the drug trafficking organization.

[34] BENGIE COLLAZO-QUIÑONES, aka "El Corty," "Don Omar," acted as a runner for the drug trafficking organization.  Additionally, he would often act as a seller and as a lookout within the conspiracy.

[35] ANGEL JAVIER SANTIAGO-ARROYO, aka "Espagetti," "Poste," acted as a runner for the drug trafficking organization.  Additionally, he would often act as a seller and as a lookout within the conspiracy and possessed firearms in furtherance of the drug trafficking organization.

[36] LUIS JAVIER MONTAÑEZ-FIGUEROA, aka "Javier Vampiro," "Algarroba," "Colgate," "911," acted as a runner for the drug trafficking organization.  Additionally, he would often act as a drug processor within the conspiracy.

[37] JOSHUA HERNANDEZ-DAVILA, aka "Huele Bien," "24," acted as a runner for the drug trafficking organization.  Additionally, he would often act as a seller and as a lookout within the conspiracy.

[38] JOHN DOE #2, aka "MICHAEL SHREK," acted as a runner for the drug trafficking organization. Additionally, he would often act as a seller and as a lookout within the

United States of America vs.
Jose E. Claudio-Montes a/k/a "Chiki Bazooka", "El Patron", "El Boxeador", "El Father", "El Boss", et al.
Page22

conspiracy.

## F. Sellers

The sellers would distribute street quantity amounts of heroin, crack cocaine, cocaine, marijuana, Alprazolam (Xanax), and Oxicodone (Percocet). As sellers, they were accountable for the drug proceeds and the narcotics sold at the drug distribution point. At times, sellers would use two-way radios ("walkie-talkies," "scanners") in order to communicate with other members of the conspiracy.

In addition to the above-mentioned defendants who also acted as sellers, the following individuals and others known and unknown to the Grand Jury acted as sellers for the above described drug trafficking organization:

[39] CARLOS MORALES-RODRIGUEZ, aka "Sangre," acted as a seller for the drug trafficking organization. Additionally, he would often act as a lookout within the conspiracy and possessed firearms in furtherance of the drug trafficking organization.

[40] CARLOS RIVERA-ANDINO, aka "Bebe," "Timberland," acted as a seller for the drug trafficking organization. Additionally, he would often act as a lookout within the conspiracy and possessed firearms in furtherance of the drug trafficking organization.

[41] JAYSON SANTIAGO-MARTINEZ, aka "Bambúa," acted as a seller for the drug trafficking organization. Additionally, he would often act as a lookout, and as a drug processor within the conspiracy and possessed firearms in furtherance of the drug trafficking organization.

[42] JULIO LOPEZ-CALDERON, aka "Pote," acted as a seller for the drug trafficking organization. Additionally, he would often act as a lookout within the conspiracy.

[43] VICTOR O. MALAVE-MORALES, aka "Chino Nino," acted as a seller for the

United States of America vs.
Jose E. Claudio-Montes  a/k/a "Chiki Bazooka", "El Patron", "El Boxeador", "El Father", "El Boss", et al.
Page23

drug trafficking organization. Additionally, he would often act as a lookout within the conspiracy.

[44] KHALIL PIZARRO-ALVAREZ, aka "Kali," acted as a seller for the drug trafficking organization. Additionally, he would often act as a lookout within the conspiracy and as a facilitator by stashing narcotics belonging to members of the drug trafficking organization in his apartment.

[45] BRENDA L. NIEVES-ROJAS, aka "Medalla," "La Visca," "Metra," acted as a seller for the drug trafficking organization. Additionally, she would often act as a lookout within the conspiracy and as a facilitator by allowing members of the drug trafficking organization to process narcotics in her apartment.

[46] PERLA M. FIGUEROA-DIAZ, aka "Perlita," acted as a seller for the drug trafficking organization. Additionally, she would often act as a lookout within the conspiracy.

[47] JORDAN FIGUEROA-GUADALUPE, aka "NBA," "23," acted as a seller for the drug trafficking organization. Additionally, he would often act as a lookout and as a facilitator within the conspiracy.

[48] JUAN ROBERTO BERMUDEZ-TRINIDAD, aka "Juan Perro," acted as a seller for the drug trafficking organization. Additionally, he would often act as a lookout and as a drug processor within the conspiracy.

[49] JESSIE ALBERTO PARIS-MORALES, aka "Pulga," acted as a seller for the drug trafficking organization. Additionally, he would often act as a lookout within the conspiracy.

[50] ALEJANDRO PLAZA-CEPEDA, aka "Plaza," "Placita," acted as a seller for the drug trafficking organization. Additionally, he would often act as a lookout within the

United States of America vs.
Jose E. Claudio-Montes a/k/a "Chiki Bazooka", "El Patron", "El Boxeador", "El Father", "El Boss", et al.
Page24

conspiracy.

[51] **FELIX BERDECIA-CASTILLO, aka "Wimo," "W,"** acted as a seller for the drug trafficking organization. Additionally, he would often act as a lookout within the conspiracy.

[52] **JONATHAN DIAZ-QUIÑONEZ, aka "Nani," "Cerquillo de Pene,"** acted as a seller for the drug trafficking organization. Additionally, he would often act as a lookout within the conspiracy and as a facilitator by stashing narcotics belonging to members of the drug trafficking organization in his apartment.

[53] **LUISELL VELEZ-LEON, aka "Tego Calderon," "Tego,"** acted as a seller for the drug trafficking organization. Additionally, he would often act as a lookout within the conspiracy.

[54] **OMAR ESCALERA-PABON, aka "Cholon," "Chincha,"** acted as a seller for the drug trafficking organization. Additionally, he would often act as a lookout within the conspiracy.

[55] **EFRAIN SANTANA-DIAZ, aka "Pito," "El Jockey," "Loony,"** acted as a seller for the drug trafficking organization. Additionally, he would often act as a lookout within the conspiracy.

[56] **ANGEL RODRIGUEZ-CRUZ, aka "Chips Ahoy," "Oreo,"** acted as a seller for the drug trafficking organization. Additionally, he would often act as a lookout within the conspiracy.

[57] **PEDRO SERRANO-PIZARRO, aka "Choco,"** acted as a seller for the drug trafficking organization. Additionally, he would often act as a lookout within the conspiracy.

[58] **JOSE RAMOS-TEXIDOR, aka "Shrek,"** acted as a seller for the drug trafficking

United States of America vs.
Jose E. Claudio-Montes a/k/a "Chiki Bazooka", "El Patron", "El Boxeador", "El Father", "El Boss", et al.
Page25

organization. Additionally, he would often act as a lookout and as a facilitator within the conspiracy.

[59] **JOSE ROBLES-ARROYO, aka "El Zorro," "El Primo,"** acted as a seller for the drug trafficking organization. Additionally, he would often act as a lookout within the conspiracy.

[60] **EDGAR NIEVES, aka "Carmelo,"** acted as a seller for the drug trafficking organization. Additionally, he would often act as a lookout within the conspiracy.

[61] **ROBERTO JUAN VAZQUEZ-VEGA, aka "Machete,"** acted as a seller for the drug trafficking organization. Additionally, he would often act as a lookout within the conspiracy.

[62] **OMAR ELIU MATOS-CARRASQUILLO, aka "Eliu,"** acted as a seller for the drug trafficking organization. Additionally, he would often act as a lookout within the conspiracy.

[63] **WESLEY THOMAS-PEÑA, aka "Wao," "Hello,"** acted as a seller for the drug trafficking organization. Additionally, he would often act as a lookout within the conspiracy.

[64] **JOHN DOE #3, aka "Joel,"** acted as a seller for the drug trafficking organization.

G. **Drug Processors**

Drug processors would meet under the direction of the leaders of the drug trafficking organization in order to weigh, cut, mix, and prepare the controlled substances for street distribution. They would also package the heroin, crack, cocaine and marihuana in single dosage amounts and in distinctive "baggies," "decks," and/or "vials."

In addition to the above-mentioned drug processors, the following individuals and others known and unknown to the Grand Jury acted as drug processors for the above described drug

United States of America vs.
Jose E. Claudio-Montes  a/k/a "Chiki Bazooka", "El Patron", "El Boxeador", "El Father", "El Boss", et al.
Page26

trafficking organization:

[65] **MELVIN MALDONADO-LAZU** acted as a drug processor for the drug trafficking organization. Additionally, he would often act as a lookout within the conspiracy.

## H. Lookouts

"Lookouts" would conduct surveillance at strategic locations within the San Martin Public Housing Project in order to detect the presence of law enforcement personnel and members of rival gangs; they would communicate their observations to members and other lookouts and/or sellers with two-way radios ("walkie-talkies", scanners) and would receive payment from the sellers for their services as lookouts.

In addition to the above-mentioned lookouts, the following individuals and others known and unknown to the Grand Jury, acted as lookouts for the above described drug trafficking organization:

[66] **ANGEL LUIS FLORES-TORO, aka "Luis Crimen,"** acted as a lookout for the drug trafficking organization. Additionally, he would often act as a facilitator within the conspiracy.

[67] **WILLIAM BURGOS-VELEZ, aka "Williampo,"** acted as a lookout for the drug trafficking organization.

[68] **WILFREDO MORALES-FUENTES, aka "Wilfre," "Gordo Limber,"** acted as a lookout for the drug trafficking organization. Additionally, he would often act as a facilitator within the conspiracy.

[69] **JEREMIAS CRUZ-RAMOS, aka "Jeremy,"** acted as a lookout for the drug trafficking organization. Additionally, he would often act as a facilitator within the conspiracy.

[70] **ORLANDO MATHEWS-MARTINEZ, aka "Vaquero,"** acted as a lookout for

United States of America vs.
Jose E. Claudio-Montes  a/k/a "Chiki Bazooka", "El Patron", "El Boxeador", "El Father", "El Boss", et al.
Page27

the drug trafficking organization.

[71] **JOSE LUIS VEGA-VEGA, aka "Papo Cubuy,"** acted as a lookout for the drug trafficking organization. Additionally, he would often act as a facilitator within the conspiracy.

[72] **JOHN DOE #4, aka "Turuleco,"** acted as a lookout for the drug trafficking organization.

## I. Facilitators

Some facilitators allowed the use of their apartments in the public housing project in order to process, store, and package narcotics for distribution. Some facilitators allowed members of the drug trafficking organization to run and hide in their apartments to avoid police detection. Facilitators would additionally deliver monies, to and from the drug point owners, runners, and sellers; they often served as messengers for members of the conspiracy; and would often serve as intermediaries during drug transactions. At times, some facilitators, also known as "emisarios," would obtain paraphernalia to be used at the drug point and carry out any errand necessary for the successful operation of the drug point.

In addition to those previously mentioned, the following co-defendants and others known and unknown to the Grand Jury at some point during their participation in the conspiracy did act as facilitators for the above-described drug trafficking organization:

[73] **JOSE LLERANDIS-DIAZ, aka "Memo," "El Grillo;"**

[74] **LUIS COTTO-OCASIO, aka "Piguie," "La Loca," "Olivia," "La Bailarina;"**

[75] **ELBA LIZZ CLAUDIO-MARRERO;**

[76] **CARMEN CASADO-DELGADO, aka "Cupones."**

All in violation of Title 21, United States Code Sections 841(a)(1), 846 and 860.

United States of America vs.
Harold Figueroa-Sánchez, a/k/a "Casco", "Gordo", "Cabeza", et al.
Page28

# COUNT TWO

## Aiding and Abetting in the Possession/Distribution of Heroin

Beginning on a date unknown, but no later than in or about the year 2006, and continuing up to

and until the return of the instant Indictment, in the Municipality of San Juan, District of Puerto Rico

and within the jurisdiction of this Court,

[1] JOSE E. CLAUDIO-MONTES, aka "Chiki Bazooka", "El Patron", "El Boxeador", "El Father", "Boss"

[2] JULIO NIEVES-ROJAS aka "Pitufo", "Americano", "El Arabe," "El Domi,"

[3] JEAN CARLOS RIVERA-BATISTA, aka "Santini," "300," "Marvel"

[4] LUIS ARAMIS SOSA-MEDERO, aka "La Flaca," "Aramis"

[5] MARIA M. LOPEZ-CALDERON, aka "Magdalena," "Magda," "La M"

[6] KARENCY SANTIAGO-CRUZ, aka "Karen," "Tito Ivan," "Tito Van," "Tito Trinidad,"  "La Pata"

[7] CHRISTOPHER CEPEDA-CASADO, aka "Patas Locas," "Chris," "99"

[8] JUAN CARLOS RIVERA-ANDINO, aka "Juanqui," "Moño"

[9] DANIEL SANTANA-DIAZ, aka "Trouble," "Tro," "Rey Misterio"

[10] ANGEL L. REYES-RIVERA, aka "Bebo Milanesa," "Bebo Diente," "Osama," "77"

[11] EDWIN AYALA-CRUZ, aka "Susti," "Sustitución," "Monte Park," "27"

[12] ALEJANDRO DIAZ-MARTINEZ, aka "Mellao"

[13] JOSE A. GOMEZ-SANTANA, aka "Coquin," "Pali"

[14] LUIS RODRIGUEZ-COLLAZO, aka "Pollo"

[15] ROBERTO MIRANDA-SOTO, aka "Robertito," "Tota"

[16] DAVID AGOSTO-ROJAS, aka "Jalea," "Viaje," "Davidcito"

[17] JOSE LUIS JURADO-LOPEZ, aka, "Bebe Payaso"

[18] EDWIN G. PEREZ-CUBERTIER, aka "Gamito"

[19] JUAN CARLOS CONTRERA-SANTIAGO, aka "Lembu," "El Gordote"

[20] ERNESTO RAFAEL GANDIA-TORO, aka "Bondo," "Bellaco"

[21] JUAN R. DIAZ-FERMAINT, aka "Raymond," "Cenizo"

[22] JOSE RAMOS-TOLENTINO, aka "Pistolita,"

[23] LUIS OROZCO-ROJAS, aka "Pitufo," "Skeletor"

[24] EMILIO EUGENE CEPEDA-CASADO, aka "Eugene," "Casco," "69"

[25] WILSON MERCADO-GONZALEZ, aka "Bamban," "Picapiedra," "47"

[26] JOHN DOE #1, aka "Bolla"

[27] JONATHAN NUÑEZ-RIVERA, aka "El Domi"

[28] MIGUEL A. MORALES-PEREZ, aka "Verdugo," "Romeo"

[29] LUIS ALBERTO ARROYO-ARCE, aka "Pito Cotorra,"

[30] JOSE E. NIEVES-ROJAS, aka "Cloche," "Juanchi"

[31] JUAN M. LEON-CASTRO, aka "Coco," "Gandul"

[32] EDUARDO GOMEZ-SANTANA, aka "Guaro," "Splinter"

United States of America vs.
Harold Figueroa-Sánchez a/k/a "Casco", "Gordo", "Cabeza", et al.
Page29

[33] JORGE STELLA-LOPEZ, aka "Chino Karate,"
[34] BENGIE COLLAZO-QUIÑONES, aka "El Corty," "Don Omar"
[35] ANGEL JAVIER SANTIAGO-ARROYO, aka "Espagetti," "Poste"
[36] LUIS JAVIER MONTAÑEZ-FIGUEROA, aka "Javier Vampiro,"
"Algarroba," "Colgate," "911"
[37] JOSHUA HERNANDEZ-DAVILA, aka "Huele Bien," "24"
[38] JOHN DOE #2, aka "MICHAEL SHREK"
[39] CARLOS MORALES-RODRIGUEZ, aka "Sangre"
[40] CARLOS RIVERA-ANDINO, aka "Bebe," "Timberland"
[41] JAYSON SANTIAGO-MARTINEZ, aka "Bambúa"
[42] JULIO LOPEZ-CALDERON, aka "Pote"
[43] VICTOR O. MALAVE-MORALES, aka "Chino Nino"
[44] KHALIL PIZARRO-ALVAREZ, aka "Kali"
[45] BRENDA L. NIEVES-ROJAS, aka "Medalla," "La Visca," "Metra"
[46] PERLA M. FIGUEROA-DIAZ, aka "Perlita"
[47] JORDAN FIGUEROA-GUADALUPE, aka "NBA," "23"
[48] JUAN ROBERTO BERMUDEZ-TRINIDAD, aka "Juan Perro"
[49] JESSIE ALBERTO PARIS-MORALES, aka "Pulga"
[50] ALEJANDRO PLAZA-CEPEDA, aka "Plaza," "Placita"
[51] FELIX BERDECIA-CASTILLO, aka "Wimo," "W"
[52] JONATHAN DIAZ-QUIÑONEZ, aka "Nani," "Cerquillo de Pene"
[53] LUISELL VELEZ-LEON, aka "Tego Calderon," "Tego,"
[54] OMAR ESCALERA-PABON, aka "Cholon," "Chincha"
[55] EFRAIN SANTANA-DIAZ, aka "Pito," "El Jockey," "Loony"
[56] ANGEL RODRIGUEZ-CRUZ, aka "Chips Ahoy," "Oreo"
[57] PEDRO SERRANO-PIZARRO, aka "Choco"
[58] JOSE RAMOS-TEXIDOR, aka "Shrek"
[59] JOSE ROBLES-ARROYO, aka "El Zorro," "El Primo,"
[60] EDGAR NIEVES, aka "Carmelo"
[61] ROBERTO JUAN VAZQUEZ-VEGA, aka "Machete"
[62] OMAR ELIU MATOS-CARRASQUILLO, aka "Eliu"
[63] WESLEY THOMAS-PEÑA, aka "Wao," "Hello"
[64] JOHN DOE #3, aka "Joel"
[65] MELVIN MALDONADO-LAZU
[66] ANGEL LUIS FLORES-TORO, aka "Luis Crimen"
[67] WILLIAM BURGOS-VELEZ, aka "Williampo"
[68] WILFREDO MORALES-FUENTES, aka "Wilfre," "Gordo Limber,"
[69] JEREMIAS CRUZ-RAMOS, aka "Jeremy"
[70] ORLANDO MATHEWS-MARTINEZ, aka "Vaquero"
[71] JOSE LUIS VEGA-VEGA, aka "Papo Cubuy"
[72] JOHN DOE #4, aka "Turuleco"
[73] JOSE LLERANDIS-DIAZ, aka "Memo," "El Grillo"
[74] LUIS COTTO-OCASIO, aka "Piguie," "La Loca," "Olivia," "La Bailarina"
[75] ELBA LIZZ CLAUDIO-MARRERO
[76] CARMEN CASADO-DELGADO, aka "Cupones"

United States of America vs.
Harold Figueroa-Sánchez a/k/a "Casco", "Gordo", "Cabeza", et al.
Page30

the defendants herein, aiding and abetting each other, did knowingly and intentionally possess with intent to distribute one (1) kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I Narcotic Drug Controlled Substance, within one thousand (1,000) feet of the San Martin Public Housing Project, a housing facility owned by a public housing authority.  All in violation of Title 21, United States Code, §§ 841(a)(1), 860; and Title 18, United States Code, § 2.

## COUNT THREE
### Aiding and Abetting in the Possession/Distribution of Cocaine Base

Beginning on a date unknown, but no later than in or about the year 2006, and continuing up to and until the return of the instant Indictment, in the Municipality of San Juan, District of Puerto Rico and within the jurisdiction of this Court,

[1] JOSE E. CLAUDIO-MONTES, aka "Chiki Bazooka", "El Patron", "El Boxeador", "El Father", "Boss"
[2] JULIO NIEVES-ROJAS aka "Pitufo", "Americano", "El Arabe", "El Domi,"
[3] JEAN CARLOS RIVERA-BATISTA, aka "Santini", "300," "Marvel"
[4] LUIS ARAMIS SOSA-MEDERO, aka "La Flaca," "Aramis"
[5] MARIA M. LOPEZ-CALDERON, aka "Magdalena," "Magda," "La M"
KARENCY SANTIAGO-CRUZ, aka "Karen," "Tito Ivan," "Tito Van," "Tito Trinidad," "La Pata"
[7] CHRISTOPHER CEPEDA-CASADO, aka "Patas Locas," "Chris," "99"
[8] JUAN CARLOS RIVERA-ANDINO, aka "Juanqui," "Moño"
[9] DANIEL SANTANA-DIAZ, aka "Trouble," "Tro," "Rey Misterio"
[10] ANGEL L. REYES-RIVERA, aka "Bebo Milanesa," "Bebo Diente," "Osama," "77"
[11] EDWIN AYALA-CRUZ, aka "Susti," "Sustitución," "Monte Park," "27"
[12] ALEJANDRO DIAZ-MARTINEZ, aka "Mellao"
[13] JOSE A. GOMEZ-SANTANA, aka "Coquin," "Pali"
[14] LUIS RODRIGUEZ-COLLAZO, aka "Pollo"
[15] ROBERTO MIRANDA-SOTO, aka "Robertito," "Tota"
[16] DAVID AGOSTO-ROJAS, aka "Jalea," "Viaje," "Davidcito"
[17] JOSE LUIS JURADO-LOPEZ, aka, "Bebe Payaso"
[18] EDWIN G. PEREZ-CUBERTIER, aka "Gamito"
[19] JUAN CARLOS CONTRERA-SANTIAGO, aka "Lembu," "El Gordote"
[20] ERNESTO RAFAEL GANDIA-TORO, aka "Bondo," "Bellaco"
[21] JUAN R. DIAZ-FERMAINT, aka "Raymond," "Cenizo"

Case 3:10-cr-00212-JAG   Document 3   Filed 06/10/10   Page 31 of 40

United States of America vs.
Harold Figueroa-Sánchez  a/k/a "Casco", "Gordo", "Cabeza", et al.
Page31

[22] JOSE RAMOS-TOLENTINO, aka "Pistolita,"

[23] LUIS OROZCO-ROJAS, aka "Pitufo," "Skeletor"

[24] EMILIO EUGENE CEPEDA-CASADO, aka "Eugene," "Casco," "69"

[25] WILSON MERCADO-GONZALEZ, aka "Bamban," "Picapiedra," "47"

[26] JOHN DOE #1, aka "Bolla"

[27] JONATHAN NUÑEZ-RIVERA, aka "El Domi"

[28] MIGUEL A. MORALES-PEREZ, aka "Verdugo," "Romeo"

[29] LUIS ALBERTO ARROYO-ARCE, aka "Pito Cotorra,"

[30] JOSE E. NIEVES-ROJAS, aka "Cloche," "Juanchi"

[31] JUAN M. LEON-CASTRO, aka "Coco," "Gandul"

[32] EDUARDO GOMEZ-SANTANA, aka "Guaro," "Splinter"

[33] JORGE STELLA-LOPEZ, aka "Chino Karate,"

[34] BENGIE COLLAZO-QUIÑONES, aka "El Corty," "Don Omar"

[35] ANGEL JAVIER SANTIAGO-ARROYO, aka "Espagetti," "Poste"

[36] LUIS JAVIER MONTAÑEZ-FIGUEROA, aka "Javier Vampiro," "Algarroba," "Colgate," "911"

[37] JOSHUA HERNANDEZ-DAVILA, aka "Huele Bien," "24"

[38] JOHN DOE #2, aka "MICHAEL SHREK"

[39] CARLOS MORALES-RODRIGUEZ, aka "Sangre"

[40] CARLOS RIVERA-ANDINO, aka "Bebe," "Timberland"

[41] JAYSON SANTIAGO-MARTINEZ, aka "Bambúa"

[42] JULIO LOPEZ-CALDERON, aka "Pote"

[43] VICTOR O. MALAVE-MORALES, aka "Chino Nino"

[44] KHALIL PIZARRO-ALVAREZ, aka "Kali"

[45] BRENDA L. NIEVES-ROJAS, aka "Medalla," "La Visca," "Metra"

[46] PERLA M. FIGUEROA-DIAZ, aka "Perlita"

[47] JORDAN FIGUEROA-GUADALUPE, aka "NBA," "23"

[48] JUAN ROBERTO BERMUDEZ-TRINIDAD, aka "Juan Perro"

[49] JESSIE ALBERTO PARIS-MORALES, aka "Pulga"

[50] ALEJANDRO PLAZA-CEPEDA, aka "Plaza," "Placita"

[51] FELIX BERDECIA-CASTILLO, aka "Wimo," "W"

[52] JONATHAN DIAZ-QUIÑONEZ, aka "Nani," "Cerquillo de Pene"

[53] LUISELL VELEZ-LEON, aka "Tego Calderon," "Tego,"

[54] OMAR ESCALERA-PABON, aka "Cholon," "Chincha"

[55] EFRAIN SANTANA-DIAZ, aka "Pito," "El Jockey," "Loony"

[56] ANGEL RODRIGUEZ-CRUZ, aka "Chips Ahoy," "Oreo"

[57] PEDRO SERRANO-PIZARRO, aka "Choco"

[58] JOSE RAMOS-TEXIDOR, aka "Shrek"

[59] JOSE ROBLES-ARROYO, aka "El Zorro," "El Primo,"

[60] EDGAR NIEVES, aka "Carmelo"

[61] ROBERTO JUAN VAZQUEZ-VEGA, aka "Machete"

[62] OMAR ELIU MATOS-CARRASQUILLO, aka "Eliu"

[63] WESLEY THOMAS-PEÑA, aka "Wao," "Hello"

[64] JOHN DOE #3, aka "Joel"

[65] MELVIN MALDONADO-LAZU

United States of America vs.
Harold Figueroa-Sánchez  a/k/a "Casco", "Gordo", "Cabeza", et al,
Page32

> [66] ANGEL LUIS FLORES-TORO, aka "Luis Crimen"
> [67] WILLIAM BURGOS-VELEZ, aka "Williampo"
> [68] WILFREDO MORALES-FUENTES, aka "Wilfre," "Gordo Limber,"
> [69] JEREMIAS CRUZ-RAMOS, aka "Jeremy"
> [70] ORLANDO MATHEWS-MARTINEZ, aka "Vaquero"
> [71] JOSE LUIS VEGA-VEGA, aka "Papo Cubuy"
> [72] JOHN DOE #4, aka "Turuleco"
> [73] JOSE LLERANDIS-DIAZ, aka "Memo," "El Grillo"
> [74] LUIS COTTO-OCASIO, aka "Piguie," "La Loca," "Olivia," "La Bailarina"
> [75] ELBA LIZZ CLAUDIO-MARRERO
> [76] CARMEN CASADO-DELGADO, aka "Cupones"

the defendants herein, aiding and abetting each other, did knowingly and intentionally possess with

intent to distribute fifty (50) grams or more of a mixture or substance containing a detectable amount

of cocaine base (Crack), a Schedule II Narcotic Drug Controlled Substance, within one thousand

(1,000) feet of the San Martin Public Housing Project, a housing facility owned by a public housing

authority.  All in violation of Title 21, United States Code, §§ 841(a)(1), 860; and Title 18, United

States Code, § 2.

## COUNT FOUR

### Aiding and Abetting in the Possession/Distribution of Cocaine

Beginning on a date unknown, but no later than in or about the year 2006, and continuing up to

and until the return of the instant Indictment, in the Municipality of San Juan, District of Puerto Rico

and within the jurisdiction of this Court,

> [1] JOSE E. CLAUDIO-MONTES, aka "Chiki Bazooka", "El Patron", "El
> Boxeador", "El Father", "Boss"
> [2] JULIO NIEVES-ROJAS aka "Pitufo", "Americano", "El Arabe", "El Domi,"
> [3] JEAN CARLOS RIVERA-BATISTA, aka "Santini," "300," "Marvel"
> [4] LUIS ARAMIS SOSA-MEDERO, aka "La Flaca," "Aramis"
> [5] MARIA M. LOPEZ-CALDERON, aka "Magdalena," "Magda," "La M"
> KARENCY SANTIAGO-CRUZ, aka "Karen," "Tito  Ivan," "Tito Van," "Tito
> Trinidad,"  "La Pata"
> [7] CHRISTOPHER CEPEDA-CASADO, aka "Patas Locas," "Chris," "99"
> [8] JUAN CARLOS RIVERA-ANDINO, aka "Juanqui," "Moño"
> [9] DANIEL SANTANA-DIAZ, aka "Trouble," "Tro," "Rey Misterio"

United States of America vs.
Harold Figueroa-Sánchez a/k/a "Casco", "Gordo", "Cabeza", et al.
Page33

[10] ANGEL L. REYES-RIVERA, aka "Bebo Milanesa," "Bebo Diente," "Osama," "77"

[11] EDWIN AYALA-CRUZ, aka "Susti," "Sustitución," "Monte Park," "27"

[12] ALEJANDRO DIAZ-MARTINEZ, aka "Mellao"

[13] JOSE A. GOMEZ-SANTANA, aka "Coquin," "Pali"

[14] LUIS RODRIGUEZ-COLLAZO, aka "Pollo"

[15] ROBERTO MIRANDA-SOTO, aka "Robertito," "Tota"

[16] DAVID AGOSTO-ROJAS, aka "Jalea," "Viaje," "Davidcito"

[17] JOSE LUIS JURADO-LOPEZ, aka, "Bebe Payaso"

[18] EDWIN G. PEREZ-CUBERTIER, aka "Gamito"

[19] JUAN CARLOS CONTRERA-SANTIAGO, aka "Lembu," "El Gordote"

[20] ERNESTO RAFAEL GANDIA-TORO, aka "Bondo," "Bellaco"

[21] JUAN R. DIAZ-FERMAINT, aka "Raymond," "Cenizo"

[22] JOSE RAMOS-TOLENTINO, aka "Pistolita,"

[23] LUIS OROZCO-ROJAS, aka "Pitufo," "Skeletor"

[24] EMILIO EUGENE CEPEDA-CASADO, aka "Eugene," "Casco," "69"

[25] WILSON MERCADO-GONZALEZ, aka "Bamban," "Picapiedra," "47"

[26] JOHN DOE #1, aka "Bolla"

[27] JONATHAN NUÑEZ-RIVERA, aka "El Domi"

[28] MIGUEL A. MORALES-PEREZ, aka "Verdugo," "Romeo"

[29] LUIS ALBERTO ARROYO-ARCE, aka "Pito Cotorra,"

[30] JOSE E. NIEVES-ROJAS, aka "Cloche," "Juanchi"

[31] JUAN M. LEON-CASTRO, aka "Coco," "Gandul"

[32] EDUARDO GOMEZ-SANTANA, aka "Guaro," "Splinter"

[33] JORGE STELLA-LOPEZ, aka "Chino Karate,"

[34] BENGIE COLLAZO-QUIÑONES, aka "El Corty," "Don Omar"

[35] ANGEL JAVIER SANTIAGO-ARROYO, aka "Espagetti," "Poste"

[36] LUIS JAVIER MONTAÑEZ-FIGUEROA, aka "Javier Vampiro," "Algarroba," "Colgate," "911"

[37] JOSHUA HERNANDEZ-DAVILA, aka "Huele Bien," "24"

[38] JOHN DOE #2, aka "MICHAEL SHREK"

[39] CARLOS MORALES-RODRIGUEZ, aka "Sangre"

[40] CARLOS RIVERA-ANDINO, aka "Bebe," "Timberland"

[41] JAYSON SANTIAGO-MARTINEZ, aka "Bambúa"

[42] JULIO LOPEZ-CALDERON, aka "Pote"

[43] VICTOR O. MALAVE-MORALES, aka "Chino Nino"

[44] KHALIL PIZARRO-ALVAREZ, aka "Kali"

[45] BRENDA L. NIEVES-ROJAS, aka "Medalla," "La Visca," "Metra"

[46] PERLA M. FIGUEROA-DIAZ, aka "Perlita"

[47] JORDAN FIGUEROA-GUADALUPE, aka "NBA," "23"

[48] JUAN ROBERTO BERMUDEZ-TRINIDAD, aka "Juan Perro"

[49] JESSIE ALBERTO PARIS-MORALES, aka "Pulga"

[50] ALEJANDRO PLAZA-CEPEDA, aka "Plaza," "Placita"

[51] FELIX BERDECIA-CASTILLO, aka "Wimo," "W"

[52] JONATHAN DIAZ-QUIÑONEZ, aka "Nani," "Cerquillo de Pene"

United States of America vs.
Harold Figueroa-Sánchez, a/k/a "Casco", "Gordo", "Cabeza", et al.
Page 34

[53] LUISELL VELEZ-LEON, aka "Tego Calderon," "Tego,"
[54] OMAR ESCALERA-PABON, aka "Cholon," "Chincha"
[55] EFRAIN SANTANA-DIAZ, aka "Pito," "El Jockey," "Loony"
[56] ANGEL RODRIGUEZ-CRUZ, aka "Chips Ahoy," "Oreo"
[57] PEDRO SERRANO-PIZARRO, aka "Choco"
[58] JOSE RAMOS-TEXIDOR, aka "Shrek"
[59] JOSE ROBLES-ARROYO, aka "El Zorro," "El Primo,"
[60] EDGAR NIEVES, aka "Carmelo" ·
[61] ROBERTO JUAN VAZQUEZ-VEGA, aka "Machete"
[62] OMAR ELIU MATOS-CARRASQUILLO, aka "Eliu"
[63] WESLEY THOMAS-PEÑA, aka "Wao," "Hello"
[64] JOHN DOE #3, aka "Joel"
[65] MELVIN MALDONADO-LAZU
[66] ANGEL LUIS FLORES-TORO, aka "Luis Crimen"
[67] WILLIAM BURGOS-VELEZ, aka "Williampo"
[68] WILFREDO MORALES-FUENTES, aka "Wilfre," "Gordo Limber,"
[69] JEREMIAS CRUZ-RAMOS, aka "Jeremy"
[70] ORLANDO MATHEWS-MARTINEZ, aka "Vaquero"
[71] JOSE LUIS VEGA-VEGA, aka "Papo Cubuy"
[72] JOHN DOE #4, aka "Turuleco"
[73] JOSE LLERANDIS-DIAZ, aka "Memo," "El Grillo"
[74] LUIS COTTO-OCASIO, aka "Piguie," "La Loca," "Olivia," "La Bailarina"
[75] ELBA LIZZ CLAUDIO-MARRERO
[76] CARMEN CASADO-DELGADO, aka "Cupones"

the defendants herein, aiding and abetting each other, did knowingly and intentionally possess with

intent to distribute five (5) kilograms or more of a mixture or substance containing a detectable amount

of cocaine, a Schedule II Narcotic Drug Controlled Substance, within one thousand (1,000) feet of the

San Martin Public Housing Project, a housing facility owned by a public housing authority.   All in

violation of Title 21, United States Code, §§ 841(a)(1), 860; and Title 18, United States Code, § 2.

## COUNT FIVE

### Aiding and Abetting in the Distribution of Marijuana

Beginning on a date unknown, but no later than in or about the year 2006, and continuing up to

and until the return of the instant Indictment, in the Municipality of San Juan, District of Puerto Rico

and within the jurisdiction of this Court,

United States of America vs.
Harold Figueroa-Sánchez  a/k/a "Casco", "Gordo", "Cabeza", et al.
Page35

[1] JOSE E. CLAUDIO-MONTES, aka "Chiki Bazooka", "El Patron", "El Boxeador", "El Father", "Boss"

[2] JULIO NIEVES-ROJAS aka "Pitufo", "Americano", "El Arabe", "El Domi,"

[3] JEAN CARLOS RIVERA-BATISTA, aka "Santini", "300," "Marvel"

[4] LUIS ARAMIS SOSA-MEDERO, aka "La Flaca," "Aramis"

[5] MARIA M. LOPEZ-CALDERON, aka "Magdalena," "Magda," "La M"

KARENCY SANTIAGO-CRUZ, aka "Karen," "Tito Ivan," "Tito Van," "Tito Trinidad,"  "La Pata"

[7] CHRISTOPHER CEPEDA-CASADO, aka "Patas Locas," "Chris," "99"

[8] JUAN CARLOS RIVERA-ANDINO, aka "Juanqui," "Moño"

[9] DANIEL SANTANA-DIAZ, aka "Trouble," "Tro," "Rey Misterio"

[10] ANGEL L. REYES-RIVERA, aka "Bebo Milanesa," "Bebo Diente," "Osama," "77"

[11] EDWIN AYALA-CRUZ, aka "Susti," "Sustitución," "Monte Park," "27"

[12] ALEJANDRO DIAZ-MARTINEZ, aka "Mellao"

[13] JOSE A. GOMEZ-SANTANA, aka "Coquin," "Pali"

[14] LUIS RODRIGUEZ-COLLAZO, aka "Pollo"

[15] ROBERTO MIRANDA-SOTO, aka "Robertito," "Tota"

[16] DAVID AGOSTO-ROJAS, aka "Jalea," "Viaje," "Davidcito"

[17] JOSE LUIS JURADO-LOPEZ, aka, "Bebe Payaso"

[18] EDWIN G. PEREZ-CUBERTIER, aka "Gamito"

[19] JUAN CARLOS CONTRERA-SANTIAGO, aka "Lembu," "El Gordote"

[20] ERNESTO RAFAEL GANDIA-TORO, aka "Bondo," "Bellaco"

[21] JUAN R. DIAZ-FERMAINT, aka "Raymond," "Cenizo"

[22] JOSE RAMOS-TOLENTINO, aka "Pistolita,"

[23] LUIS OROZCO-ROJAS, aka "Pitufo," "Skeletor"

[24] EMILIO EUGENE CEPEDA-CASADO, aka "Eugene," "Casco," "69"

[25] WILSON MERCADO-GONZALEZ, aka "Bamban," "Picapiedra," "47"

[26] JOHN DOE #1, aka "Bolla"

[27] JONATHAN NUÑEZ-RIVERA, aka "El Domi"

[28] MIGUEL A. MORALES-PEREZ, aka "Verdugo," "Romeo"

[29] LUIS ALBERTO ARROYO-ARCE, aka "Pito Cotorra,"

[30] JOSE E. NIEVES-ROJAS, aka "Cloche," "Juanchi"

[31] JUAN M. LEON-CASTRO, aka "Coco," "Gandul"

[32] EDUARDO GOMEZ-SANTANA, aka "Guaro," "Splinter"

[33] JORGE STELLA-LOPEZ, aka "Chino Karate,"

[34] BENGIE COLLAZO-QUIÑONES, aka "El Corty," "Don Omar"

[35] ANGEL JAVIER SANTIAGO-ARROYO, aka "Espagetti," "Poste"

[36] LUIS JAVIER MONTAÑEZ-FIGUEROA, aka "Javier Vampiro," "Algarroba," "Colgate," "911"

[37] JOSHUA HERNANDEZ-DAVILA, aka "Huele Bien," "24"

[38] JOHN DOE #2, aka "MICHAEL SHREK"

[39] CARLOS MORALES-RODRIGUEZ, aka "Sangre"

[40] CARLOS RIVERA-ANDINO, aka "Bebe," "Timberland"

[41] JAYSON SANTIAGO-MARTINEZ, aka "Bambúa"

United States of America vs.
Harold Figueroa-Sánchez a/k/a "Casco", "Gordo", "Cabeza", et al.
Page36

[42] JULIO LOPEZ-CALDERON, aka "Pote"
[43] VICTOR O. MALAVE-MORALES, aka "Chino Nino"
[44] KHALIL PIZARRO-ALVAREZ, aka "Kali"
[45] BRENDA L. NIEVES-ROJAS, aka "Medalla," "La Visca," "Metra"
[46] PERLA M. FIGUEROA-DIAZ, aka "Perlita"
[47] JORDAN FIGUEROA-GUADALUPE, aka "NBA," "23"
[48] JUAN ROBERTO BERMUDEZ-TRINIDAD, aka "Juan Perro"
[49] JESSIE ALBERTO PARIS-MORALES, aka "Pulga"
[50] ALEJANDRO PLAZA-CEPEDA, aka "Plaza," "Placita"
[51] FELIX BERDECIA-CASTILLO, aka "Wimo," "W"
[52] JONATHAN DIAZ-QUIÑONEZ, aka "Nani," "Cerquillo de Pene"
[53] LUISELL VELEZ-LEON, aka "Tego Calderon," "Tego,"
[54] OMAR ESCALERA-PABON, aka "Cholon," "Chincha"
[55] EFRAIN SANTANA-DIAZ, aka "Pito," "El Jockey," "Loony"
[56] ANGEL RODRIGUEZ-CRUZ, aka "Chips Ahoy," "Oreo"
[57] PEDRO SERRANO-PIZARRO, aka "Choco"
[58] JOSE RAMOS-TEXIDOR, aka "Shrek"
[59] JOSE ROBLES-ARROYO, aka "El Zorro," "El Primo,"
[60] EDGAR NIEVES, aka "Carmelo"
[61] ROBERTO JUAN VAZQUEZ-VEGA, aka "Machete"
[62] OMAR ELIU MATOS-CARRASQUILLO, aka "Eliu"
[63] WESLEY THOMAS-PEÑA, aka "Wao," "Hello"
[64] JOHN DOE #3, aka "Joel"
[65] MELVIN MALDONADO-LAZU
[66] ANGEL LUIS FLORES-TORO, aka "Luis Crimen"
[67] WILLIAM BURGOS-VELEZ, aka "Williampo"
[68] WILFREDO MORALES-FUENTES, aka "Wilfre," "Gordo Limber,"
[69] JEREMIAS CRUZ-RAMOS, aka "Jeremy"
[70] ORLANDO MATHEWS-MARTINEZ, aka "Vaquero"
[71] JOSE LUIS VEGA-VEGA, aka "Papo Cubuy"
[72] JOHN DOE #4, aka "Turuleco"
[73] JOSE LLERANDIS-DIAZ, aka "Memo," "El Grillo"
[74] LUIS COTTO-OCASIO, aka "Piguie," "La Loca," "Olivia," "La Bailarina"
[75] ELBA LIZZ CLAUDIO-MARRERO
[76] CARMEN CASADO-DELGADO, aka "Cupones"

the defendants herein, aiding and abetting each other, did knowingly and intentionally possess with

intent to distribute one hundred (100) kilograms or more of a mixture or substance containing a

detectable amount of marijuana, a Schedule I Controlled Substance, within one thousand (1,000) feet

of the San Martin Public Housing Project, a housing facility owned by a public housing authority. All

in violation of Title 21, United States Code, §§ 841(a)(1), 860; and Title 18, United States Code, § 2.

United States of America vs.
Harold Figueroa-Sánchez a/k/a "Casco", "Gordo", "Cabeza", et al.
Page37

## COUNT SIX

**Conspiracy to Possess Firearms During and in Relation to Narcotics Trafficking Offenses**

Beginning on a date unknown, but no later than in or about the year 2006, and continuing up to and until the return of the instant Indictment, in the Municipality of San Juan, District of Puerto Rico and within the jurisdiction of this Court,

> [1] JOSE E. CLAUDIO-MONTES, aka "Chiki Bazooka", "El Patron", "El Boxeador", "El Father", "Boss"
> [2] JULIO NIEVES-ROJAS aka "Pitufo", "Americano", "El Arabe," "El Domi,"
> [3] JEAN CARLOS RIVERA-BATISTA, aka "Santini," "300," "Marvel"
> [4] LUIS ARAMIS SOSA-MEDERO, aka "La Flaca," "Aramis"
> KARENCY SANTIAGO-CRUZ, aka "Karen," "Tito Ivan," "Tito Van," "Tito Trinidad," "La Pata"
> [7] CHRISTOPHER CEPEDA-CASADO, aka "Patas Locas," "Chris," "99"
> [8] JUAN CARLOS RIVERA-ANDINO, aka "Juanqui," "Moño"
> [10] ANGEL L. REYES-RIVERA, aka "Bebo Milanesa," "Bebo Diente," "Osama," "77"
> [11] EDWIN AYALA-CRUZ, aka "Susti," "Sustitución," "Monte Park," "27"
> [12] ALEJANDRO DIAZ-MARTINEZ, aka "Mellao"
> [13] JOSE A. GOMEZ-SANTANA, aka "Coquin," "Pali"
> [14] LUIS RODRIGUEZ-COLLAZO, aka "Pollo"
> [21] JUAN R. DIAZ-FERMAINT, aka "Raymond," "Cenizo"
> [22] JOSE RAMOS-TOLENTINO, aka "Pistolita,"
> [23] LUIS OROZCO-ROJAS, aka "Pitufo," "Skeletor"
> [25] WILSON MERCADO-GONZALEZ, aka "Bamban," "Picapiedra," "47"
> [26] JOHN DOE #1, aka "Bolla"
> [35] ANGEL JAVIER SANTIAGO-ARROYO, aka "Espagetti," "Poste"
> [39] CARLOS MORALES-RODRIGUEZ, aka "Sangre"
> [40] CARLOS RIVERA-ANDINO, aka "Bebe," "Timberland"
> [41] JAYSON SANTIAGO-MARTINEZ, aka "Bambúa"

the defendants herein, did knowingly and intentionally conspire, combine, and agree with each other and diverse other persons known and unknown to the Grand Jury, to commit an offense against the United States, that is, to possess firearms and ammunition during and in relation to a drug trafficking crime as charged in Counts One through Five of this Indictment, which offenses may be prosecuted in a Court of the United States, in violation of Title 18, United States Code, Section 924(c)(1)(A); all in

United States of America vs.
Harold Figueroa-Sánchez  a/k/a "Casco", "Gordo", "Cabeza", et al.
Page38

violation of Title 18, <u>United States Code</u>, Section 924(o).


## COUNT SEVEN

### Misprision of felony

Beginning on a date unknown, but no later than in or about the year 2008, and continuing up to

and until the return of the instant Indictment, in the Municipality of San Juan, District of Puerto Rico

and within the jurisdiction of this Court,

### [77] ANA ARROYO-ROBLES, aka "Angie,"

the defendant herein, having knowledge of the actual commission of a felony cognizable by a court of

the United States, to wit, conspiracy to possess with intent to and/or to distribute controlled substances,

to wit: in excess of fifty (50) grams of cocaine base (crack), a Schedule II Narcotic Drug Controlled

Substance; in excess of one (1) kilogram of heroin, a Schedule I, Narcotic Drug Controlled Substance;

in excess of five (5) kilograms of cocaine, a Schedule II, Narcotic Drug Controlled Substance; in

excess of one hundred (100) kilograms of marijuana, a Schedule I, Controlled Substance; a mixture or

substance containing detectable amounts of Oxycodone (commonly known as Percocet), a Scehdule II

Controlled Substance; and a mixture or substance containing detectable amounts of Alprazolam

(commonly known as Xanax), a Schedule IV Controlled Substance; within one thousand (1,000) feet

of the San Martin Public Housing Project, a housing facility owned by a public housing authority in

violation of Title 21, <u>United States Code</u>, §§ 841, 846, and 860, did willfully conceal the same, and

failed to make known the commission of said felony as soon as possible to any judge or other person in

civil or military authority. All in violation of Title 18, <u>United States Code</u>, Section 4.

United States of America vs.
Harold Figueroa-Sánchez  a/k/a "Casco", "Gordo", "Cabeza", et al.
Page39

## NARCOTICS FORFEITURE ALLEGATION

Upon conviction of one or more of the offenses alleged in Counts One (1) through Six (6) of this Indictment, pursuant to Title 21, United States Code, Section 853 and Title 18, United States Code, Section 982(a)(1), each defendant who is convicted of one or more of the offenses set forth in said counts, shall forfeit to the United States the following property:

a.    All right, title, and interest in any and all property involved in each offense in violation of Title 21, United States Code, Section 846, for which the defendants are convicted, and all property traceable to such property, including the following: 1) all commissions, fees and other property constituting proceeds obtained as a result of those violations; and 2) all property used in any manner or part to commit or to facilitate the commission of those violations.

b.    A sum of money equal to the total amount of money involved in each offense, or conspiracy to commit such offense, for which the defendant is convicted, to wit: twenty million dollars ($20,000,000.00) in U.S. Currency.  If more than one defendant is convicted of an offense, the defendants so convicted are jointly and severally liable for the amount involved in such offense.

c.    Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b), each defendant shall forfeit substitute property, up to the value of the amount described in paragraph one (1), if, by any act or omission of the defendant, the property described in paragraph one (1), or any portion thereof, cannot be located upon the exercise of due diligence; has been transferred, sold to or deposited with a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

United States of America vs.
Harold Figueroa-Sánchez  a/k/a "Casco", "Gordo", "Cabeza", et al.
Page40

All in accordance with Title 18, United States Code, Sections 853 and 982(a)(1) and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

TRUE BILL

FOREPERSON
Date: 6/10/10

**ROSA EMILIA RODRIGUEZ-VELEZ**
**United States Attorney**

**José Ruiz-Santiago**
Assistant United States Attorney
Chief, Criminal Division

**Mariana E. Bauzá-Almonte**
Assistant United States Attorney

**Timothy Henwood**
Assistant United States Attorney
Chief, Narcotics Unit

**Alberto R. López-Rocafort**
Special Assistant United States Attorney